KAGAN took no part in the consideration or decision of this motion.

No. 08–1438. SOSSAMON *v.* TEXAS ET AL. C. A. 5th Cir. [Certiorari granted, 560 U. S. 923.] Motions of petitioner for leave to proceed further herein *in forma pauperis* and for appointment of counsel denied. JUSTICE KAGAN took no part in the consideration or decision of these motions.

No. 09–400. STAUB *v.* PROCTOR HOSPITAL. C. A. 7th Cir. [Certiorari granted, 559 U. S. 1066.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Chamber of Commerce of the United States of America for leave to file a brief as *amicus curiae* out of time granted. JUSTICE KAGAN took no part in the consideration or decision of these motions.

No. 09–996. WALKER, WARDEN, ET AL. *v.* MARTIN. C. A. 9th Cir. [Certiorari granted, 561 U. S. 1005.] Motion of respondent for appointment of counsel granted. Michael B. Bigelow, Esq., of Sacramento, Cal., is appointed to serve as counsel for respondent in this case.

No. 09–1212. NORFOLK SOUTHERN RAILROAD CO. *v.* GROVES, INDIVIDUALLY, DBA SAVANNAH RE-LOAD, ET AL. C. A. 11th Cir.;

No. 09–1254. VON SAHER *v.* NORTON SIMON MUSEUM OF ART OF PASADENA ET AL. C. A. 9th Cir.;

No. 09–1313. SALEH ET AL. *v.* TITAN CORP. ET AL. C. A. D. C. Cir.;

No. 09–1353. THUNDERHORSE *v.* PIERCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE CHAPLAINCY DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir.;

No. 09–1400. LABORERS DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND ET AL. *v.* OMNICARE, INC., ET AL. C. A. 6th Cir.; and

No. 09–1403. ERICA P. JOHN FUND, INC., FKA ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC. *v.* HALLIBURTON CO. ET AL. C. A. 5th Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 09–6822. PEPPER *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 561 U. S. 1024.] Motion of petitioner for ap-